APPEAL No. 1837. JOE LUCIUS BROWN *v.* CORA BROWN. Motion of respondent to dismiss appeal denied without prejudice to renewal of motion at hearing on the merits. *Joseph G. LeCount*, for petitioner. *Sanford H. Gorodetsky*, for respondent.